```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

COLONIAL CLAIMS CORPORATION    *          CIVIL ACTION

VERSUS                         *          NO: 07-5713

CERTAIN UNDERWRITERS AT        *          SECTION: "D"(4)
LLOYD'S, ET AL
```

### ORDER AND REASONS

Before the court is the **Motion to Set Aside Preliminary Default** filed by Defendant Horace Seeley. *No memorandum in opposition was filed*. The motion, set for hearing on Wednesday, October 22, 2008, is before the court on Defendant Seeley's briefs, without oral argument.

Having considered the memoranda of Defendant's counsel, the record, and the applicable law, the court **GRANTS** the *unopposed* **Motion to Set Aside Preliminary Default** and **SETS ASIDE** the Preliminary Default against Defendant Seeley.

New Orleans, Louisiana, this **22nd** day of **October**, **2008**.

```
                              _____
                                    A.J. McNAMARA
                              UNITED STATES DISTRICT JUDGE
```